# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN REED, ) | 3:09-cv-0328-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 16, 2011 |
| AMCO INSURANCE COMPANY, ) an Iowa corporation, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendant has filed an Unopposed Emergency Application for an Order Allowing Service and Scheduling of Depositions of Dr. Mayne and Dr. Thekkekara after May 15, 2011 (Doc. #93).  Good cause appearing,

     Defendant's Unopposed Emergency Application for an Order Allowing Service and Scheduling of Depositions of Dr. Mayne and Dr. Thekkekara after May 15, 2011 (Doc. #93) is **GRANTED**.

     **IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                                             By:         /s/
                                                  Deputy Clerk