UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

BRIAN REED,  )  CASE NO.  3:09-CV-0328-LRH-WGC
)
    Plaintiff(s),  )  MINUTES OF THE COURT
)
vs.  )  DATED: DECEMBER 12, 2011
)
AMCO INSURANCE COMPANY,  )
)
    Defendant(s).  )

PRESENT: <u>HONORABLE WILLIAM G. COBB</u> , U.S. MAGISTRATE JUDGE

Deputy Clerk:  <u>Jennifer Cotter</u>     Reporter: <u>FTR: 1:29:58 p.m. - 3:07:38 p.m.</u>

Counsel for Plaintiff(s): <u>Patrick Leverty, Vernon Leverty, William Ginn, and Lee Hotchkin, Jr.</u>

Counsel for Defendant(s): <u>Christine Emanuelson, Kevin Lee Smith, and Marc Hines</u>

PROCEEDINGS: **MOTION HEARING**

1:29 p.m. Court convenes.

Counsel present argument as to their respective positions regarding Plaintiff's Motion for Sanctions (Docket #201).

IT IS ORDERED that the Motion for Sanctions (Docket #201) is GRANTED IN PART AND DENIED IN PART.

With respect to Defendant's discovery responses as to the existence of regulatory consumer complaints and the number of lawsuits filed against AMCO, the motion is DENIED. However, Defendant shall provide to Plaintiff the log - indicating Nevada cases only - which was relied upon when responding as to the number of lawsuits filed in Nevada against Defendant AMCO during the relative time period. This shall be done within **fourteen (14) days**.

As to the documents from Mono County Defendant AMCO disclosed to Plaintiff on the last day of discovery, the motion is GRANTED to the extent that discovery shall be reopened until February 29, 2012 for the purpose of conducting additional depositions of **Norman Parker, Roberta Reed, Boyd Veenstra, and Cathy Hartman**. These depositions shall be held in Reno, NV, and Defendant shall be responsible for the incurred expenses. Deposition questions shall be limited to areas associated with the Mono County documents provided to Plaintiff on April 15, 2011.

Plaintiff shall further be allowed to depose AMCO's employee, **Teresa Mitchell-Froehlich,** in

Page Two
Minutes
3:09-CV-0328-LRH-WGC (Reed v. AMCO)
December 12, 2011

Reno, NV. The expenses associated with this deposition shall be the responsibility of Plaintiff. Every effort shall be made to accommodate Ms. Mitchell-Froelich's schedule in arranging said deposition.

Counsel are invited to coordinate with Jennifer Cotter (775-686-5758) in order to schedule the subject depositions at a time when the Court is available to immediately intervene in any disputes that may arise during the deposition process.

3:07 p.m. Court adjourns.

                                                     LANCE S. WILSON, CLERK

                                                     By: /s/

                                                     Deputy Clerk