UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN REED, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>AMCO INSURANCE COMPANY, )<br>  )<br>     Defendant. )<br>_____ ) | 3:09-CV-0328-LRH-RAM<br><br>ORDER |

   Before the court is plaintiff Brian Reed's ("Reed") motion for clarification of the court's June 3, 2011 order granting in-part and denying in-part his motion for partial summary judgment on defendant AMCO Insurance Company's ("AMCO") affirmative defenses (Doc. #112[1]). Doc. #116.

   On June 3, 2011, the court entered an order granting in-part and denying in-part Reed's motion for partial summary judgment on defendant AMCO's affirmative defenses. Doc. #112. In that order, the court granted judgment in favor of Reed on all affirmative defenses that were not contested by AMCO. *Id*. However, due to a clerical error, the court's order did not dismiss AMCO's uncontested thirty-seventh (37) affirmative defense. *See Id*. Therefore, the court shall grant Reed's motion for clarification and dismiss AMCO's thirty-seventh affirmative defense in

---

[1] Refers to the court's docket number.

accordance with the court's June 3, 2011 order.

IT IS THEREFORE ORDERED that plaintiff's motion for clarification (Doc. #116) is GRANTED. Defendant's thirty-seventh (37) affirmative defense is DISMISSED from its answer to plaintiff's amended complaint (Doc. #21).

IT IS SO ORDERED.

DATED this 19th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE