UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN REED, an individual, | ) | CASE NO. 3:09-CV-328-LRH-WGC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| AMCO INSURANCE COMPANY, and | ) | |
| Iowa Corporation; and DOES 1 through 30, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

[FILED stamp: MAY 09 2012, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

This case is currently scheduled for trial on the stacked calendar of Tuesday, May 21, 2013.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 8 day of May, 2012.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE