UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRIAN REED, an individual,   ) CASE NO. 3:09-CV-328-LRH-WGC
           )
  Plaintiff,     ) ORDER
           )
vs.          )
           )
AMCO INSURANCE COMPANY, and )
Iowa Corporation; and DOES 1 through 30, )
inclusive,        )
           )
  Defendant.    )
           )

✓ FILED   ___ RECEIVED
___ ENTERED  ___ SERVED ON
   COUNSEL/PARTIES OF RECORD

**MAY 0 9 2012**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This case is currently scheduled for trial on the stacked calendar of Tuesday, May 21, 2013.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this _____ day of _____, 2012.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE