UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN REED, ) | |
| ) | |
| Plaintiff, ) | 3:09-CV-0328-LRH-RAM |
| ) | |
| v. ) | |
| ) | ORDER |
| AMCO INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

Before the court is plaintiff Brian Reed's ("Reed") motion for attorney's fees pursuant to this court's order granting his motion for sanctions (Doc. #237[1]). Doc. #243.

During litigation, defendant AMCO Insurance Company ("AMCO") failed to comply with Rule 5.2 of the Federal Rules of Civil Procedure[2] by filing several documents with improper confidential information. In response, Reed filed a motion to have AMCO file redacted copies of the improper documents (Doc. #198) and a motion for sanctions related to filing the motion to seal (Doc. #200). The court granted both motions and granted Reed leave to file a motion for attorney's fees related to the motion to seal and the motion for sanctions. Doc. #237. Thereafter, Reed filed the present motion for $4,560.50 in attorney's fees. Doc. #243.

---

[1] Refers to the court's docket number.

[2] Rule 5.2 provides that a filing should not contain an individual's social security number, financial account number, or birth date. FED. R. CIV. P. 5.2(a).

The court has reviewed the documents and pleadings on file in this matter and finds that Reed is entitled to an award of $4,560.50 in attorney's fees in this matter as a sanction against AMCO's multiple violations of Rule 5.2. In support of his motion, Reed has complied with the applicable provisions of Local Rule 54-16 by providing an itemization and description of the work performed as well as a summary of the fees charged and the time and labor required.

Further, the court finds that the amount of attorney's fees is reasonable. Reed's counsel spent 15.8 hours on the motions and related issues that were ultimately granted by the court. The court finds that fifteen hours is a reasonable amount of time based on the questions presented, the number of documents required for review, and the length of the motions. Therefore, the court shall grant Reed's motion for attorney's fees.

IT IS THEREFORE ORDERED that plaintiff's motion for attorney's fees (Doc. #243) is GRANTED. The clerk of court shall enter an award of attorney's fees in favor of plaintiff and against defendant in the amount of $4,560.50.

IT IS SO ORDERED.

DATED this 30th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE