AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

BRIAN REED,

      Plaintiff,　　　　　JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER:  **3:09-CV-00328-LRH-RAM**

AMCO INSURANCE COMPANY,

      Defendant.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for attorney's fees (#243) is **GRANTED.** An award of attorney's fees is hereby entered in favor of plaintiff and against defendant in the amount of $4,560.50.


  __May 31, 2012__　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                 Clerk


                                             __/s/ D. R. Morgan__
                                               Deputy Clerk